IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIV |
| v. | ) ) ) | **COMPLAINT** |
| ARG ENTERPRISES, INC., d/b/a BLACK ANGUS | ) ) ) ) | **JURY TRIAL DEMAND** |
| Defendant. | ) ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of sex, and to provide appropriate relief to Brett Powers and a class of males who were adversely affected by such practices during their employment with Defendant ARG Enterprises, Incorporated d/b/a Black Angus ("Defendant Employer"). The Commission alleges that Brett Powers and a class of males were subjected to sexual harassment by a male co-worker who subsequently became a management official of Black Angus, including suffering demeaning touching of intimate body parts as well as unwelcome sexual innuendo, which created a hostile work environment for them because of their sex, male. The Commission also alleges that Brett Powers was forced to resign his employment because of the sexual harassment and the employer's failure to provide appropriate preventive or remedial relief.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of

Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000e-5 (f)(1) and(3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendant Employer has continuously been a California corporation doing business in the State of New Mexico and the City of Albuquerque, and has continuously had at least 15 employees.

5.      At all relevant times, Defendant Employer has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Brett Powers filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least June, 2004, Defendant Employer has engaged in unlawful employment practices at its Albuquerque, New Mexico facility in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) because of sex. These practices include:

a) the harassment of Brett Powers and a class of male employees, which created a hostile work environment, because of their sex, male; and

b) the constructive discharge of Brett Powers in about July, 2005, as a result of Defendant Employer's discrimination against him because of his sex, male and Defendant Employer's failure to provide appropriate relief from the harassment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Brett Powers and a class of males of equal employment opportunities and otherwise adversely affect their status as employees because of their sex, male.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice and/or with reckless indifference to the federally protected rights of Brett Powers and other male employees of Defendant Employer.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in harassment of employees because of sex and any other employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for men and which eradicate the effects of its past and present unlawful employment practices.

  C. Order Defendant Employer to make whole Brett Powers, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or front pay in lieu of reinstatement.

  D. Order Defendant Employer to make whole Brett Powers and the class of males by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including job search expenses, medical expenses, and other pecuniary losses, in amounts to be determined at trial.

  E. Order Defendant Employer to make whole Brett Powers and the class of males by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including but not limited to, emotional pain, suffering, inconvenience, mental anguish, humiliation, loss of enjoyment of life, and other nonpecuniary losses, in amounts to be determined at trial.

  F. Order Defendant Employer to pay Brett Powers and the class of males punitive damages for its malicious and/or reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs in this action.

## JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28th day of March 2007.

    Respectfully submitted,

    RONALD COOPER
    General Counsel

    JAMES L. LEE
    Deputy General Counsel

    GWENDOLYN YOUNG REAMS
    Associate General Counsel
    EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
    1801 L Street, NW
    Washington, D.C.  20507


    /s/ Medina for Mary Jo O'Neill
    MARY JO O'NEILL
    Regional Attorney

    /s/ Medina for Sally C. Shanley
    SALLY C. SHANLEY
    Supervisory Trial Attorney


    EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION
    Phoenix District Office
    3300 North Central Avenue
    Suite 690
    Phoenix, Arizona 85012


    **Electronically Filed**

    /s/ LORETTA MEDINA
    Senior Trial Attorney

VERONICA A. MOLINA
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5230

Attorneys for Plaintiff